EOD FEB 1 0 2000

FILED-CLERK
U.S. DISTRICT COURT

00 FEB -9 PM 1:52

TX EASTERN-BEAUMONT

BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LESTER LEROY BOWER | § | |
| V. | § | CIVIL ACTION NO. 1:92cv182 |
| DIRECTOR, TDCJ-ID | § | |

## ORDER

By order of this court signed February 8, 2000, the above named plaintiff is hereby directed to appear at an evidentiary hearing on April 4, 2000, at 8:00 a.m., in the Courthouse Annex, Sherman, Texas.

The court is of the opinion that plaintiff's presence is necessary at the hearing and that good cause exists for the issuance of a Writ of Habeas Corpus Ad Testificandum.

It is hereby **ORDERED** and **DIRECTED** that the Clerk of Court issue and the United States Marshal for the Eastern District of Texas serve a Writ of Habeas Corpus Ad Testificandum to Director, Texas Department of Criminal Justice - Institutional Division, directing and commanding said officers, or any of them, to bring and produce ~~the body of~~ **LESTER LEROY BOWER (TDCJ # 00764),** a prisoner incarcerated at the TDCJ-ID, Ellis Unit, Huntsville, Texas, before the United States District Court sitting in Sherman, Texas, on the date hereinabove set out.

SIGNED this 9th day of February, 2000.

_Richard A. Schell_
Richard A. Schell, United States District Judge

45